ORIGINAL   SEALED

FILED IN OPEN COURT
U.S.D.C. Atlanta

DEC 0 2 2025

By: _____ Kevin P. Weimer, Clerk
          Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AMBER NICOLE FERGUSON | Criminal Indictment<br><br>No. 2:25-CR-0060 |

THE GRAND JURY CHARGES THAT:

### Count One
*Attempted Production of Child Sexual Abuse Material*

In or about June 2024, in the Northern District of Georgia, the defendant, AMBER NICOLE FERGUSON, did knowingly attempt to employ, use, persuade, induce, entice, and coerce a minor, Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know, that said visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce, including by computer and cellular telephone, and said visual depiction having been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer and cellular telephone, and said depiction was transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, all in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## Count Two
*Production and Attempted Production of Child Sexual Abuse Material*

In or about June 2024, in the Northern District of Georgia, the defendant, AMBER NICOLE FERGUSON, did knowingly employ, use, persuade, induce, entice, and coerce, and knowingly attempt to employ, use, persuade, induce, entice, and coerce a minor, Minor Victim 2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know, that said visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce, including by computer and cellular telephone, and said visual depiction having been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer and cellular telephone, and said depiction was transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, all in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## Count Three
*Possession of Child Sexual Abuse Material*

In or about December 2024, in the Northern District of Georgia, the defendant, AMBER NICOLE FERGUSON, did knowingly possess at least one electronic device, including a cellular telephone, which contained at least one visual depiction of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), said depiction (a) having been produced using at least one minor engaging in sexually explicit conduct, (b) involving at

least one prepubescent minor and at least one minor who had not attained 12 years of age, and (c) having been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer and cellular telephone, all in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

### Count Four
*Production of Obscene Material*

Beginning on a date unknown, but at least by on or about August 14, 2024, and continuing through on or about November 27, 2024, in the Northern District of Georgia, the defendant, AMBER NICOLE FERGUSON, did knowingly produce with intent to transport, distribute, and transmit in interstate commerce, and did knowingly use and cause to be used a facility and means of interstate commerce, for the purpose of transporting obscene material in interstate commerce, in and affecting such commerce for the purpose of sale and distribution of such obscene material, that is images of horse and dog bestiality, all in violation of Title 18, United States Code, Section 1465.

### Forfeiture

Upon conviction of one or more of the offenses alleged in Counts One through Three of this Indictment, the defendant, AMBER NICOLE FERGUSON, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253:

a. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense, or any property traceable to such property.

Upon conviction of the offense alleged in Count Four of this Indictment, the defendant, AMBER NICOLE FERGUSON, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 1467:

a. any obscene material produced, transported, mailed, shipped, or received in violation of this chapter;

b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

The property to be forfeited includes, but is not limited to, the following:

MONEY JUDGMENT: A sum of money in United States currency, representing the amount of proceeds obtained as a result of the offenses alleged in Counts One through Four of this Indictment.

If any of the property described above, as a result of any act or omission of the defendant, AMBER NICOLE FERGUSON:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

A    True    BILL

_____
FOREPERSON

THEODORE S. HERTZBERG
  *United States Attorney*

JENNIFER KEEN
  *Assistant United States Attorney*
Georgia Bar No. 231778

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181